Case 1:02-cr-00515-WDM   Document 64   Filed 10/20/06   USDC Colorado   Page 1 of 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release) |
| v. | Case Number:  02-cr-00515-WDM-01 |
| MATTHEW W. ROSEN | USM Number:  24165-013 |
| | Ralph Rhodes, Retained<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9 and 11 through 28, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/10/99 |

    The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violation 10 and is discharged as to such violation.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 13, 2006
Date of Imposition of Judgment

s/ Walker D. Miller
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge
October 20, 2006
Date

DEFENDANT:  MATTHEW W. ROSEN
CASE NUMBER:  02-cr-00515-WDM-01                                              Judgment-Page 2 of 4

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Purchase or Possession of a Controlled Substance | 08/02 |
| 3 | Possession and Use of a Controlled Substance | 06/13/02 |
| 4 | Possession and Use of a Controlled Substance | 08/07/02 |
| 5 | Possession and Use of a Controlled Substance | 10/16/02 |
| 6 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 11/01/02 |
| 7 | Possession and Use of a Controlled Substance | 11/04/02 |
| 8 | Purchase or Possession of a Controlled Subsdtance | 05/30/03 |
| 9 | Possession and Use of a Controlled Substance | 06/02/03 |
| 11 | Possession and Use of a Controlled Substance | 07/20/05 |
| 12 | Possession and Use of a Controlled Substance | 07/20/05 |
| 13 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 08/22/05 |
| 14 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 08/24/05 |
| 15 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 10/24/05 |
| 16 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 11/17/05 |
| 17 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 01/09/06 |
| 18 | Failure to Report to the Probation Officer as Directed | 01/10/06 |
| 19 | Failure to Report to the Probation Officer as Directed | 01/11/06 |
| 20 | Making False Statements to the Probation Officer | 01/11/06 |
| 21 | Failure to Answer an Inquiry by the Probation Officer | 01/10/06 |
| 22 | Possession and Use of a Controlled Substance | 01/25/06 |
| 23 | Possession and Use of a Controlled Substance | 01/30/06 |
| 24 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 02/13/06 |

DEFENDANT: MATTHEW W. ROSEN
CASE NUMBER: 02-cr-00515-WDM-01                                   Judgment-Page 3 of 4

| | | |
|---|---|---|
| 25 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 07/11/06 |
| 26 | Possession and Use of a Controlled Substance | 07/19/06 |
| 27 | Possession and Use of a Controlled Substance | 07/31/06 |
| 28 | Possession and Use of a Controlled Substance | 08/06 |

DEFENDANT:  MATTHEW W. ROSEN
CASE NUMBER:  02-cr-00515-WDM-01                                                                Judgment-Page 4 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

The court recommends that the Bureau of Prisons designate the defendant to the Federal Prison Camp, Englewood, Colorado, for service of sentence.  The court further recommends that the Bureau of Prisons credit the defendant with time spent in custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____

DEFENDANT:  MATTHEW W. ROSEN
CASE NUMBER:  02-cr-00515-WDM-01                                                        Judgment-Page 5 of 4

                                                 Deputy United States Marshal

DEFENDANT:  MATTHEW W. ROSEN
CASE NUMBER:  02-cr-00515-WDM-01                                                        Judgment-Page 5 of 4